**FORM 8. Entry of Appearance**

# UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT

In re Roth _____ v. _____

No. 14-1162

## ENTRY OF APPEARANCE

(INSTRUCTIONS: Counsel should refer to Federal Circuit Rule 47.3. Pro se petitioners and appellants should read paragraphs 1 and 18 of the Guide for Pro Se Petitioners and Appellants. File this form with the clerk within 14 days of the date of docketing and serve a copy of it on the principal attorney for each party.)

Please enter my appearance (select one):

[ ] Pro Se　　[✓] As counsel for:　　Eldon Roth
　　　　　　　　　　　　　　　　　　Name of party

I am, or the party I represent is (select one):

[ ] Petitioner　[ ] Respondent　[ ] Amicus curiae　[ ] Cross Appellant
[✓] Appellant　[ ] Appellee　[ ] Intervenor

As amicus curiae or intervenor, this party supports (select one):

[ ] Petitioner or appellant　[ ] Respondent or appellee

My address and telephone are:

| | |
|---|---|
| Name: | Russell D. Culbertson |
| Law firm: | The Culbertson Group, P.C. |
| Address: | 3355 Bee Cave Road, Suite 604 |
| City, State and ZIP: | Austin, Texas 78746 |
| Telephone: | 512-327-8932 |
| Fax #: | 512-327-2665 |
| E-mail address: | rculbertson@tcg-ipl.com |

Statement to be completed by counsel only (select one):

[✓] I am the principal attorney for this party in this case and will accept all service for the party. I agree to inform all other counsel in this case of the matters served upon me.

[ ] I am replacing _____ as the principal attorney who will/will not remain on the case. [Government attorneys only.]

[ ] I am not the principal attorney for this party in this case.

Date admitted to Federal Circuit bar (counsel only): March 14, 1995

This is my first appearance before the United States Court of Appeals for the Federal Circuit (counsel only):

[ ] Yes　[✓] No

[ ] A courtroom accessible to the handicapped is required if oral argument is scheduled.

_January 2, 2014_　　　　　　　　　_/s/_
Date　　　　　　　　　　　　　　Signature of pro se or counsel

cc: Mr. Nathan K. Kelley, Solicitor, USPTO

CERTIFICATE OF FILING AND SERVICE

I hereby certify that on this 2nd day of January 2014, I caused the foregoing Entry of Appearance to be filed electronically with the Clerk of the Court using the CM/ECF System, which will send notice of such filing to the following registered CM/ECF user:

    Nathan K. Kelley
    U.S. Patent and Trademark Office
    Post Office Box 1450
    Mail Stop 8
    Alexandria, VA 22213
    nathan.kelley@uspto.gov

    *Counsel for Appellee*

    /s/ Russell D. Culbertson
    Russell D. Culbertson
    The Culbertson Group, P.C.
    3355 Bee Cave Road. Suite 604
    Austin, Texas  78746
    Voice:    (512) 327-8932
    Fax:    (512)327-2665
    Email:    rculbertson@tcg-ipl.com

    *Counsel for Appellant*